UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY MACIAS GO,<br><br>         Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Commissioner of Social Security,<br><br>         Defendant. | Case No.: 17-cv-0903-JAH-BGS<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS** |

  On May 4, 2017, Plaintiff, proceeding through counsel, filed a complaint seeking review of an administrative decision denying his application for social security disability benefits. [Doc. No. 1]. Plaintiff also filed a motion to proceed without prepayment of fees. [Doc. No. 2]. On January 2, 2018, Plaintiff filed a supplemental motion to proceed without prepayment of fees. [Doc. No. 5].

  All parties instituting any civil action, suit or proceeding in a district court of the United States, except an application for writ of *habeas corpus*, must pay a filing fee of $400. See 28 U.S.C. § 1914(a). A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the fees. See 28 U.S.C. § 1915(a).

Plaintiff states he is unemployed and receives no public assistance in the form of disability or unemployment benefits. Plaintiff explains that he has no income and no assets so his family pays his rent and assists him with food, clothing and transportation costs. Based on the information presented by Plaintiff, the Court finds he sufficiently demonstrates his inability to pay the filing fee required to pursue the instant action.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's motion to proceed *in forma pauperis* is **GRANTED**.

2. The United States Marshal Service shall serve a copy of the complaint and summons upon Defendant as directed by Plaintiff on U.S. Marshal Form 285. All costs of service shall be advanced by the United States.

3. Plaintiff shall serve upon Defendant or, if appearance has been entered by counsel, upon Defendant's counsel, a copy of every further pleading or other document submitted for consideration of the Court. Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the manner in which a true and correct copy of any document was served on Defendant or Defendant's counsel and the date of service. Any paper received by a district judge or magistrate judge which has not been filed with the Clerk or which fails to include a Certificate of Service may be disregarded.

DATED: March 7, 2018

_____
JOHN A. HOUSTON
United States District Judge