UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY MACIAS GO,<br><br>  Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security ,<br><br>  Defendant. | Case No.:  3:17-cv-00903-JAH-BGS<br><br>**ORDER GRANTING MOTION FOR LEAVE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT UNDER RULE 59(e) (Doc. No. 30)** |

Pending before the Court is Defendant Andrew Saul, Commissioner of Social Security, motion for leave to file a response to Plaintiff's motion to alter or amend judgment under rule 59(e). *See* Doc. No. 30. Upon consideration of the motion, IT IS HEREBY ORDERED the motion is **GRANTED**. Plaintiff may reply to Defendant's response by September 4, 2020.

IT IS FURTHER ORDERED Plaintiff's motion for reconsideration, (Doc. No. 28), is suitable for adjudication without oral argument. *See* CivLR 7.1 (d.1). As such, Plaintiff's Motion for Oral Argument is **DENIED**. *See* Doc. No. 29.

**IT IS SO ORDERED.**

DATED:  August 26, 2020

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE