UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY MACIAS GO,<br><br>                              Plaintiff,<br><br>v.<br><br>DR. KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>                              Defendant. | Case No.: 3:17-cv-903-JAH-BGS<br><br>**ORDER REMANDING CASE AND JUDGMENT** |

Pursuant to the Ninth Circuit's Order and Mandate, (ECF Nos. 41, 42), this matter is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

DATED: May 31, 2022

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE